UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL JIMENEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 12-CR-2162-JAH <br><br> **ORDER OF DISMISSAL OF INDICTMENT** |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-2162 against defendant MIGUEL JIMENEZ be dismissed without prejudice.

DATED: October 24, 2012

JOHN A. HOUSTON
United States District Judge